UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DANIEL KREAMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  3:19CV260-PPS |
| | ) |
| CHASE BANK (USA), N.A., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff Daniel Kreamer's Notice of Voluntary Dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) [DE 10], filed before the defendant has answered the complaint, is SO ORDERED, and this action is DISMISSED WITHOUT PREJUDICE.

The case is thereby **CLOSED**.

**SO ORDERED**.

ENTERED: June 3, 2019.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT